# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRENDA K. FALKNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-02306-JTF-cgc |
| ) | |
| HOSTESS BRANDS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**AND**
**ORDER DISMISSING CASE**

Before the Court is Plaintiff Brenda K. Falkner's *Pro Se* Complaint, alleging race discrimination, filed on April 19, 2012. (D.E. #1). On June 4, 2013, this Court entered an Order Referring this case to the Magistrate Judge for determination of all pretrial matters, pursuant to 28 U.S.C. § 636(b)(1)(A), and all other pretrial matters for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). (D.E. #5). On February 21, 2014, the Magistrate entered her Report and Recommendation, recommending that the Complaint be dismissed for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii). (D.E. #7). No objections were filed.

After reviewing the Magistrate Judge's Report and Recommendation and Plaintiff's Complaint, the Court hereby ADOPTS the Magistrate's Report and Recommendation.

IT IS THEREFORE ORDERED that this case is DISMISSED.

IT IS SO ORDERED this 17th day of March, 2014.

                                                    BY THIS COURT:

                                                    ***s/John T. Fowlkes, Jr.***
                                                    JOHN T. FOWLKES, JR.
                                                    United States District Judge