# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BRENDA K. FALKNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-02306-JTF-cgc |
| ) | |
| HOSTESS BRANDS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report and Recommendation and Order Dismissing Case, filed on March 17, 2014, this matter is hereby dismissed with prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

March 17, 2014                                                              s/Thomas M. Gould
Date                                                                                    Clerk of Court

                                                                                        s/ Erica M. Evans
                                                                                        (By)  Law Clerk